FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (SB#121808, lvankrieken@flk.com)
Genevieve E. E.varts (SB#226874, gevarts@flk.com)

275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Hyatt Corporation
d/b/a/ Hyatt Regency Sacramento

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Sear, <br><br> v. <br><br> Hyatt Regency and Does 1-100, <br><br> Plaintiff(s) | NO. CIV. s-2:08-CV-01075-WBS-KJM <br><br> STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED:  August 19, 2008

　　　/s/ Lawrance A. Bohm　　　　　
　Attorney(s) for Plaintiff(s) Scott Sear

　　　/s/ Genevieve E. Evarts　　　　　
　Attorney(s) for Defendant(s) Hyatt Corp d/b/a/
　Hyatt Regency Sacramento

IT IS SO ORDERED.

DATED:  August 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE