FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (SB# 121808, lvankrieken@flk.com)
Genevieve E. Evarts (SB# 226874, gevarts@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Hyatt Corporation
d/b/a Hyatt Regency Sacramento

BOHM LAW GROUP
Lawrance A. Bohm (SBN 208716, bohmlaw@yahoo.com)
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2046

Attorney for Plaintiff Scott Sear

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SEAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HYATT REGENCY AND DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:08-CV-01075-WBS-KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**<br><br>Complaint Filed:   March 13, 2008 |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between defendant Hyatt Corporation dba Hyatt Regency Sacramento ("Defendant"), and plaintiff Scott Sear ("Plaintiff") through their counsel of record, that the above-captioned action be and hereby is dismissed with prejudice as to all claims by Plaintiff against Defendant and all named defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party will bear their own costs and attorneys' fees in connection with the action.

The parties request that the Court enter an order consistent with this Stipulation.

Respectfully Submitted,

Dated: December 19, 2008                                    FOLGER LEVIN & KAHN LLP

/s/ **Lisa M. van Krieken**

Lisa M. van Krieken
Attorneys for Defendant Hyatt Corporation
d/b/a Hyatt Regency Sacramento

Dated: December 19, 2008                                    BOHM LAW GROUP

/s/ **Lawrance A. Bohm**

Lawrance A. Bohm
Attorney for Plaintiff Scott Sear

## ORDER OF DISMISSAL

**PURSUANT TO STIPULATION, IT IS ORDERED THAT THIS MATTER IS DISMISSED AS TO ALL PARTIES WITH PREJUDICE.**

Dated: December 22, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

47968\5015\627600.1